IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
OF TEXAS LUFKIN DIVISION

WOODROW J. JONES, SR.,

        Plaintiff,

vs.

GRAPELAND    INDEPENDENT
SCHOOL DISTRICT, et al,

        Defendants

No. 9:23-CV-00059-MJT-ZJH



## MOTION FOR NOTICE AND/OR DEFAULT JUDGMENT

Plaintiff Woodrow J. Jones, Sr, Pro se, before the honorable court and will

respectfully show the Court the following:

1.  Pursuant to the First Congress session I. Chapter 20, 1789, section 35,

page 92; and be it further enacted, that in all courts of the United States, the parties

may plead and manage their own causes personal.

2.  Pursuant to Fed. R. Civ. P. Rule 7 (b) (1) (A) (B) and (C), this Motion for

Notice is to bring to the courts attention the communication Plaintiff had with

Assistant United States Attorney Whitney Tharpe from the Tyler, Texas office on

January 24, 2024, at approximately 3:15 p.m., via cell phone. According to Attorney Tharpe, she has replaced Attorney Andrea L. Parker in this case.

3.  The communication was somewhat accusatory from Plaintiff's point of view concerning Mrs. Tharpe, Assistant United Stated Attorney, did not see where Plaintiff had served the United States pursuant to Fed. R. Civ. P. 4 (e), (f), or (g). See, F.R.C.P. 4(i) (3).

4.  The letter Plaintiff received from Andrea L. Parker, Assistant United States Attorney, dated June 2, 2023, is in the court records. (Docket No. 40-1) filed June 6, 2023, forthwith in paragraph (3), "Thus, proper service on an individual-named federal employee requires three levels of service – service on the individual defendant, service on the United States, via the Attorney General of the United States, and service on the United States, via the United States Attorney's Office.

5.  Plaintiff has been timely on all procedure rules, Fed. R. Civ. P. with some permissive approaches from the honorable court. Pursuant to Fed. R. Civ. P. 4 including 4 (i), defendants, et al; were properly served.

6.  The Court records will reflect Plaintiff served the Civil Process Clerk with the U.S. Department of Justice, United States Attorney's Office, 550 Fannin, Suite 1250, Beaumont, Texas 77701. (Docket No. 60), affidavit of Service for Summons and Complaint.

7.  Docket No. 59 will reflect the affidavit of due diligence which Brian Ricks,

Jr. with Undisputed Legal Inc., processing business made a spirited effort to perfect service in the performance of his obligation to deliver the Summons in a Civil Action to U.S. Attorney General but was prohibited from serving the summons on the U.S. Attorney General.   U.S. Attorney General sought to slow down the litigation by repeatedly refusing service. The affidavit of records from Mr. Ricks, Jr., did meet the terms of Fed. R. Civ. P. 4 (i).

8.  Plaintiff did communicate with Assistant United States Attorney, Andrea L. Parker, and United States Attorney General Office, on 19th December 2023, about this active court case. See. Certified Mail Receipt 7022 2410 0000 2932 0897 and USPS tracking via google search engine.

9.  The attached picture of Plaintiff's letter addressed to Honorable Merrick Garland, United States Attorney General, on December 19, 2023, from U.S. Postage Paid FCM letter Crockett, Texas 75835, meter reader R2305P151121-11 demonstrates Plaintiff indisputably did communicated with United States Attorney's Office.

10.The Assistant United States Attorney, Andrea L. Parker, as well as the United States Attorney General failed to answer, otherwise defend, and the time for defendants plead has expired without Defendants requesting the court for extended time.  Plaintiff's Motion for Default Judgment must be granted pursuant to Fed. R. Civ. P. Rule 55 (b), (2).

11. United States Attorney General Office made it a laborious effort to prevent the professional server from serving the Summons in a Civil Action. Therefore, all due diligence was handled with promptness and forethought.

12. Plaintiff asserts and alleges that Assistant United States Attorney, Andrea L. Parker Amicus Curiae was moot pursuant to Fed. R. Civ. P. Rule 29 and the honorable court did not have judicial jurisdiction to entertain said notices. Such Amicus Curiae failed to meet Rule 29 (4) (A-G) and (5) (6).

13. Plaintiff asserts that a Default Judgment is warranted in this case at bar and defendants et al, failed to answer, appear, or otherwise defend, pursuant to Fed. R. Civ. P. 55. (Docket No. 28, 35, 36, 38, 59, and 63). Plaintiff will submit a document back to the court which was returned to Plaintiff through the United States Postal Service. Plaintiff has never unsealed the envelop to this day. Plaintiff received the returned letter on or about January 22, 2024.

14. Wherefore, Plaintiff seeks the maximum amount relief stipulated in Plaintiff's Motion for Default Judgment, as well as allowing Plaintiff extended time to perfect the service on the United States Attorney General Office at their expense.


Respectfully submitted,


Woodrow J. Jones, Sr., Pro se

P. O. Box 123
Crockett, Texas 75835
woodrowjones23@outlook.com
(936) 544-6437 mobile cell phone


Assistant United States Attorney, Whitney Tharpe
110 N College Ave # 700, Plaza Tower
Tyler, Texas 75702
Tel: (903) 510-9337
New Attorney for Assistant United States Attorney, Andrea L. Parker

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2024, a true and correct copy of the foregoing document was filed with the honorable court and has been provided to Assistant United States Attorney, Whitney Tharpe via certified mail/RRR.

Respectfully submitted,

Woodrow J. Jones, Sr., Pro se-Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS LUFKIN DIVISION

WOODROW J. JONES, SR.,

      Plaintiff,

vs.

GRAPELAND       INDEPENDENT
SCHOOL DISTRICT, et al,

      Defendants

No. 9:23-CV-00059-MJT-ZJH

## ORDER GRANTING MOTION OF NOTICE AND/OR

## DEFAULT JUDGMENT

This MOTION is granted.  Default Judgment in favor of Plaintiff and against Defendants, in (Docket No. 28, 35, 36, 38, 56, and 59) and shall enter as follow: on the grounds that defendant has failed to answer, or otherwise defend, and the time to otherwise or plead has expired and has not been extended in this action.  Plaintiff is petitioning the court for extended time to perfect service on United States Attorney General in the interest of justice for all parties in this case at bar.

Date: _____          Judge: _____

7

Woodrow J. Jones, Sr. Pro se, Plaintiff
P.O. Box 123
Crockett, Texas 75835
29th January 2024

Assigned to: Honorable District Judge Michael J. Truncale
Referred to: Honorable Magistrate Judge Zack Hawthorn
United States District Court for the Eastern District
Of Texas, Lufkin Division
104 North Third Street
Lufkin, Texas 75901

Re: Motion for Notice in Cause No. 9:23-CV-59; Jones v. Grapeland ISD, et at;
Eastern District of Texas, Lufkin Division

Dear Judge Michael J. Truncale,

This letter is to bring to your attention the communication I had with Assistant United States Attorney Whitney Tharpe from the Tyler, Texas office on January 24, 2024, at approximately 3:15 p.m., via cell phone. According to Attorney Tharpe, she has replaced Attorney Andrea L. Parker in this case.

The communication was somewhat accusatory from Plaintiff's point of view concerning Mrs. Tharpe, Assistant United Stated Attorney, did not see where Plaintiff had served the United States pursuant to Fed. R. Civ. P. 4 (e), (f), or (g). See, F.R.C.P. 4(i) (3).

The letter Plaintiff received from Andrea L. Parker, Assistant United States Attorney, dated June 2, 2023, is in the court records. (Docket No. 40-1) filed June 6, 2023, forthwith in paragraph (3), "Thus, proper service on an individual-named federal employee requires three levels of service – service on the individual defendant, service on the United States, via the Attorney General of the United States, and service on the United States, via the United States Attorney's Office.

Plaintiff has been timely on all procedure rules, Fed. R. Civ. P. with some permissive approaches from the honorable court. Pursuant to Fed. R. Civ. P. 4 including 4 (i), defendants, et al; were properly served.

1

The Court records will reflect Plaintiff served the Civil Process Clerk with the U.S. Department of Justice, United States Attorney's Office, 550 Fannin, Suite 1250, Beaumont, Texas 77701. (Docket No. 60), affidavit of Service for Summons and Complaint.

Docket No. 59 will reflect the affidavit of due diligence which Brian Ricks, Jr. with Undisputed Legal Inc., processing business made a spirited effort to perfect service in the performance of his obligation to deliver the Summons in a Civil Action to U.S. Attorney General but was prohibited from serving the summons on the U.S. Attorney General.   U.S. Attorney General sought to slow down the litigation by repeatedly refusing service. The affidavit of records from Mr. Ricks, Jr., did meet the terms of Fed. R. Civ. P. 4 (i).

Plaintiff did communicate with Assistant United States Attorney, Andrea L. Parker, and United States Attorney General Office, on 19th December 2023, about this active court case. See. Certified Mail Receipt 7022 2410 0000 2932 0897 and USPS tracking via google search engine.

The attached picture of Plaintiff's letter addressed to Honorable Merrick Garland, United States Attorney General, on December 19, 2023, from U.S. Postage Paid FCM letter Crockett, Texas 75835, meter reader R2305P151121-11 demonstrates Plaintiff indisputably did communicated with United States Attorney's Office.

The Assistant United States Attorney, Andrea L. Parker, as well as the United States Attorney General failed to answer, otherwise defend, and the time for defendants plead has expired without Defendants requesting the court for extended time. Plaintiff's Motion for Default Judgment must be granted pursuant to Fed. R. Civ. P. Rule 55 (b), (2).

United States Attorney General Office made it a laborious effort to prevent the professional server from serving the Summons in a Civil Action. Therefore, all due diligence was handled with promptness and forethought.

Plaintiff asserts and alleges that Assistant United States Attorney, Andrea L. Parker Amicus Curiae was moot pursuant to Fed. R. Civ. P. Rule 29 and the honorable court did not have judicial jurisdiction to entertain said notices. Such Amicus Curiae failed to meet Rule 29 (4) (A-G) and (5) (6).

Plaintiff asserts that a Default Judgment is warranted in this case at bar and defendants et al, failed to answer, appear, or otherwise defend, pursuant to Fed. R. Civ. P. 55. (Docket No. 28, 35, 36, 38, 59, and 63). Plaintiff will submit a document

2

back to the court which was returned to Plaintiff through the United States Postal Service. Plaintiff has never unsealed the envelop to this day.  Plaintiff received the returned letter on or about January 22, 2024.


Respectfully submitted,


_____

Woodrow J. Jones, Sr., Pro se
P/O. Box 123
Crockett, Texas 75835
woodrowjones23@outlook.com
(936) 544-6437 mobile cell phone


Assistant United States Attorney, Whitney Tharpe
110 N College Ave # 700, Plaza Tower
Tyler, Texas 75702
Tel: (903) 510-9337
New Attorney for Assistant United States Attorney, Andrea L. Parker

3

**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

INVOICE: 9876627
Issued: Nov 3, 2023

**Woodrow J Jones, Sr**
Woodrow Jones
PO Box 123
Crockett, TX 75835

PAY TO:
**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

| | | | |
|---|---|---|---|
| Case: 9:23cv59 | **Plaintiff / Petitioner:** | Woodrow J Jones, Sr | |
| Job: 9876627 | **Defendant / Respondent:** | Grapeland Independent School District et al | |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Routine | U.S. Attorney General | $150.00 | 1 | $150.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Nov 3, 2023 | | ($150.00) |

| | | |
|---|---|---|
| Thanks for your business. Please pay the "Balance Due" within 10 days. | Total: | $150.00 |
| | Amount Paid: | ($150.00) |
| | **Balance Due:** | **$0.00** |

Undisputed Legal Inc.  •  590 Madison Ave 21st floor, New York, NY 10022

Call: 212-203-8001  •  Email: info@undisputedlegal.com  •  Visit: undisputedlegal.com

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| Plaintiff / Petitioner: | AFFIDAVIT OF DUE DILIGENCE |
| Woodrow J Jones, Sr | Index No: |
| Defendant / Respondent: | 9:23cv59 |
| Grapeland Independent School District et al | |

The undersigned being duly sworn deposes and says; the deponent is not a party herein and is over 18 years of age.

That on Nov 9, 2023 AT 1:29 pm AT 950 Pennsylvania Avenue, Washington, DC 20530 I attempted serving the following SUMMONS IN A CIVIL ACTION; CIVIL ACTION; EXHIBITS; CIVIL COVER SHEET; on U.S. Attorney General.

I attempted service on this servee on the following dates and times:
1) Nov 7, 2023 AT 2:09 pm EST: No one is available to serve.
2) Nov 8, 2023 AT 11:00 am EST: No one available to accept
3) Nov 9, 2023 AT 1:29 pm EST: Wasn't allowed access by security at front, no response from the contact number upon my arrival Left messages and received no response.

After due and diligent effort I have been unable to serve said person for the following reason:
Wasn't allowed access by security at front, no response from contact number upon my arrival

Left messages and received no response.

| | |
|---|---|
| _____ | Sworn to before me on 11/13/23 |
| Brian Ricks Jr | _____ |
| | Notary Public |

Forward to Andrea H. Parker, Assistant United States Attorney

Woodrow Jones <woodrowjones23@outlook.com>
Tue 12/19/2023 7:55 PM
To:USATXE.Public-Affairs@usdoj.gov <USATXE.Public-Affairs@usdoj.gov>

📎 1 attachments (3 MB)
SecondMotionfordefaultJudgment.pdf;

Please find attached Plaintiff's Motion for Default Judgment.

Read: Motion for Extension of Time

Parker, Andrea (USATXE) <Andrea.Parker@usdoj.gov>
Wed 11/15/2023 7:43 AM
To:Woodrow Jones <woodrowjones23@outlook.com>

Your message

  To: Parker, Andrea (USATXE)
  Subject: [EXTERNAL] Motion for Extension of Time
  Sent: Wednesday, November 15, 2023 4:07:39 AM (UTC-06:00) Central Time (US & Canada)

was read on Wednesday, November 15, 2023 7:43:10 AM (UTC-06:00) Central Time (US & Canada).

Motion for Default Judgment

Woodrow Jones <woodrowjones23@outlook.com>

Tue 12/19/2023 7:40 PM

To:andrea.parker@usdoj.gov <andrea.parker@usdoj.gov>
Bcc:Woodrow Jones <woodrowjones23@outlook.com>

📎 1 attachments (3 MB)

SecondMotionfordefaultJudgment.pdf;

Please find attached a Motion for Default Judgment.

Forward to Andrea H. Parker, Assistant United States Attorney

Woodrow Jones <woodrowjones23@outlook.com>
Tue 12/19/2023 7:55 PM
To:USATXE.Public-Affairs@usdoj.gov <USATXE.Public-Affairs@usdoj.gov>
Bcc:Woodrow Jones <woodrowjones23@outlook.com>;andrea.parker@usdoj.gov <andrea.parker@usdoj.gov>

📎 1 attachments (3 MB)
SecondMotionfordefaulUudgment.pdf;

Please find attached Plaintiff's Motion for Default Judgment.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

OFFICIAL USE

7022 2410 0000 2932 0897

| | |
|---|---|
| Certified Mail Fee | $4.35 |
| $ | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.90 |
| Total Postage and Fees | $ |

Postmark: CROCKETT TEXAS 0839 11 DEC 19 2023 Here 12/19/2023 USPS 75835-9998

Sent To: U.S. Department of Justice
Street and Apt. No., or PO Box No.: 950 Pennsylvania Avenue NW
City, State, ZIP+4®: Washington, D.C. 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY FINAL DELIVERY OF Y...

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 70222410000029320897

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:03 am on December 28, 2023 in WASHINGTON, DC 20530.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered**, Individual Picked Up at Postal Facility

WASHINGTON, DC 20530
December 28, 2023, 5:03 am

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20530
December 27, 2023, 10:22 am

**Arrived at Post Office**

WASHINGTON, DC 20018
December 27, 2023, 8:00 am

**In Transit to Next Facility**

December 24, 2023

**Arrived at USPS Regional Origin Facility**

COPPELL TX DISTRIBUTION CENTER

Feedback

December 20, 2023, 2:59 am

**Departed Post Office**
CROCKETT, TX 75835
December 19, 2023, 4:49 pm

**USPS in possession of item**
CROCKETT, TX 75835
December 19, 2023, 9:38 am

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



To: The Clerk of the Honorable Court

Of the United States District Court of Eastern District of Texas Lufkin Division

104 North Third Street

Lufkin, Texas 75901

January 29, 2024

From: Woodrow J. Jones, Sr., Pro se

Woodrow J. Jones, Sr. vs. Grapeland Independent School District et al: 9:23 cv 59

Certified Mail Receipt: 7022 2410 0000 2939 5444 – Honorable Court

Certified Mail Receipt: 7022 2410 0000 2939 5437- Assistant United States Attorney, Whitney Tharpe.

Enclosed please find Plaintiff Motion for Notice and Plaintiff's Petition to granted Default Judgment (Docket No. 63).  Pursuant to Fed. R. Civ. P. 7. Pro Se Parties. Plaintiff is petitioning the honorable court grant the Motion.

Plaintiff has delivery the same to all defendants via email address or Certified Mail Receipt specify in the court documentation.


Respectfully submitted,

Woodrow J. Jones, Sr.
P.O. Box 123
Crockett, Texas 75835
woodrowjones23@outlook.com
(936) 544-6437 mobile cell phone

Woodrow I. Jones, Sr.
P.O. Box 123
Crockett, Texas 75835

To: The Clerk of the Honorable Court
United States District Court of Eastern District
Of Texas Lufkin Division
104 North Third Street
Lufkin, Texas 75901





CERTIFIED MAIL

7022 2410 0000 2939 5444

Retail
RDC 99

U.S. POSTAGE PAID
FCM LG ENV
CROCKETT, TX 75835
JAN 29, 2024

$6.99
R2305P151121-09
75901