IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| WOODROW J. JONES, SR., § | |
| § | |
| *Plaintiff*, § | CIVIL ACTION NO. 9:23-CV-00059-MJT-ZJH |
| § | |
| v. § | |
| § | JUDGE MICHAEL TRUNCALE |
| GRAPELAND INDEPENDENT SCHOOL § | |
| DISTRICT, et. al, § | |
| § | |
| *Defendants*. § | |

## FINAL JUDGMENT

The Court has adopted the Magistrate Judge's report recommending that the Court dismiss this case. Accordingly, it is ORDERED that Plaintiff Woodrow J. Jones, Sr. take nothing, and the case is DISMISSED WITH PREJUDICE. The Clerk of Court is directed to close this case, and all pending motions are denied as moot.

**SIGNED this 21st day of March, 2024.**

*(signature)*
Michael J. Truncale
United States District Judge