# United States Court of Appeals
# for the Fifth Circuit

No. 24-40194

United States Court of Appeals
Fifth Circuit
**FILED**
October 15, 2024
Lyle W. Cayce
Clerk

Woodrow J. Jones, Sr.,

*Plaintiff—Appellant*,

*versus*

Grapeland Independent School District; Don Jackson, *Individually and in his/her official capacity*; Kristi Bell, *Individually and in his/her official capacity*; Brad Spisak, *Individually and in his/her official capacity*; David Maass; Equal Employment Opportunity Commission; Susana Nahas, *Investigator*; Deidra Henry, *Investigator*; Elizabeth Porras; Travis M. Nicholson; James Martin; Josh Goolsby; Tim Howard; Chance Huff; Allen Cheatham; Ryan Richie; Melissa Cobb; Kendra Huff; Ligita D. Landry,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:23-CV-59

Before Smith, Clement, and Higginson, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

Certified as a true copy and issued
as the mandate on Dec 09, 2024

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**